IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GORDON WILLIAM PEWAMO            PLAINTIFF

v.        Civil No. 08-5179

MEDICAL STAFF, Washington
County Detention Center            DEFENDANTS

## ORDER

Gordon William Pewamo, currently an inmate of the Washington County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, **the clerk is directed to return the IFP application to him.** Plaintiff is given until **September 18, 2008**, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by September 18, 2008, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 13th day of August 2008.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 14 2008

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK

-1-